**MARK C. SEVERINO**
Nevada Bar No. 14117
**WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
mark.severino@wilsonelser.com
Attorneys for Defendant
**ALASKA AIRLINES**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY KEARNS, an individual, | CASE NO: 2:19-cv-00541-APG-PAL |
| Plaintiff, | |
| v. | **JOINT STIPULATION/MOTION AND ORDER TO REMAND THE CASE TO STATE COURT** |
| ALASKA AIRLINES, an Alaska corporation and DOES I through X, | |
| Defendants. | **ORDER** |

The parties, Defendant, ALASKA AIRLINES, by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, by Mark C. Severino, Esq. and Plaintiff, TROY KEARNS, by and through his counsel of record, Hutchison & Steffen, PLLC, by Joseph R. Ganley, Esq. and Piers R. Tueller, Esq. hereby move the court and submit the following STIPULATION/JOINT MOTION FOR REMAND:

1. The parties agree that the amount in controversy does not exceed $75,000;
2. The plaintiff agrees that he shall not seek, nor shall he recover, damages in excess of $75,000 (in other words, plaintiff's potential damages shall be capped at $75,000);
3. The case should be remanded to state court for lack of jurisdiction;
4. Neither party shall seek fees, costs, or other expenses associated with this motion for remand.

Accordingly, the instant joint motion and order to remand the case to state court is hereby submitted.

DATED this 23rd day of April, 2019.

**HUTCHISON & STEFFEN, PLLC**

/s/ JOSEPH R. GANLEY
Joseph R. Ganley, Esq.
Nevada Bar No. 5643
Piers R. Tueller, Esq.
Nevada Bar No.14633
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff*

DATED this 23rd day of April, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ MARK C. SEVERINO
Mark C. Severino
Nevada Bar No. 14117
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 30, 2019.

1450736v.1